M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Johnny Ray Welch JR )
Full name and prison name of )
Plaintiff(s) )
)
v. )
)    CIVIL ACTION NO. 1:26-cv-00097-WKW-JTA
Dothan Police Dept. )   (To be supplied by Clerk of U.S. District
P. Brewer )   Court)
J. Magood )
L. Overstreet )
Benjamin Lewis )
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)

_____

_____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____
     _____

5.   Disposition (for example: was the case dismissed? Was it appealed? Is it still
     pending ?) _____

6.   Approximate date of filing lawsuit _Dec 19, 2025_____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _Houston County Jail_
_Dothan , AL_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _CSL Plasma,_
_Dollar Tree, T-Mobile Plaza on Sout oates St Dothan AL_

III.   NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | P. Brewer | Dothan Police Department |
| 2. | L. Overstreet | Dothan Police Department |
| 3. | J. Magdod | Dothan Police Department |
| 4. | Judge Benjamin Lewis | Houston County Judge |
| 5. | | |
| 6. | | |

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _12/14/2025_

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: (i) using a K9 to attack, (2) allowing the K9
to continue to bite me when I was on the ground face
Down . 4th Amendment right violation

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

on Dec 13th 2025 Officer P.Brewer released her K9 to sniff a scent of a possible burglar suspect, I was unaware of any Incident happening and encountered a loose K9 running full speed around a corner when I was walking to a car wash to get change for a bill I turned to run and collapsed 30 seconds later to regain consciousness K9 was biting my neck

Location CSL Plasma St South Oates St

GROUND TWO: Whether the suspect is actively resisting arrest or attempting to evade arrest by flight

SUPPORTING FACTS: I never encountered the officer nor had any contact with the officers In a patrol car nor the officer P.Brewer who released her K9 to viciousley attack the Back of my neck and both wrists while I was face down in the dirt with my arms out to the side.

GROUND THREE: K9 bit me 25-45 seconds was excessive force. Illegally detaining me on a charge of Att Burglary 3rd & poss of Burglary tools 3rd

SUPPORTING FACTS: medical center records will show deep gashes from a K9 police dog teeth In the back of my neck causing severe pain In my neck and spinal cord. My nerves In my left wrist is damaged to the point that I can't even make a closed fist. I was arrested and thrown Into the county Jail with no knowledege of a crime being committed nor the charges alleged against me.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like monetary compensation for all injuries, loss wages, Job, home, false Imprisonment, Illegally detained, False accusations, defamation of character.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                        (Date)

_____
Signature of plaintiff(s)

Johnny R Welch JR
#67739 D-POD
901 E. Main St
Dothan, AL 36301

MONTGOMERY AL 360

12 FEB 2026  AM 3  L

FOREVER / USA

Houston County Jail
Inmate Mail

middle District of Alabama
Office of the Clerk
1 Church St, StE B110
Mantgomery, AL 36104

36104-340004